# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | |
|---|---|
| 16 FRONT STREET LLC, and<br>C. RICHARD COTTON,<br><br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>MISSISSIPPI SILICON, LLC,<br><br>　　　　Defendant. | Civil Action No.<br><br>1:14-CV-183-SA-DAS |

## Rule 7.1 Corporate Disclosure Statement

Pursuant to Fed. R. Civ. P. 7.1 and Local Uniform Civil Rule 7(c), and to enable the judges of the Court to evaluate any potential basis for recusal, the undersigned counsel for Plaintiffs certifies that Plaintiff 16 Front Street LLC, a Delaware limited liability company, is a wholly owned subsidiary of MST Financial, LLC, a Delaware limited liability company ("MST").  MST is a wholly owned subsidiary of Globe Specialty Metals, Inc., a Delaware corporation that is publicly held [NASDAQ: GSM].

Dated:  October 3, 2014

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/ Ronnie Musgrove
　　　　　　　　　　　　　　　　　　　　RONNIE MUSGROVE (MSB #3698)
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs 16 Front Street LLC and C. Richard Cotton*

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT—PAGE 1 of 2**

OF COUNSEL:

**MUSGROVE/SMITH LAW**
1635 Lelia Drive, Suite 104 (39216)
Post Office Box 4670
Jackson, Mississippi 39296
Tel: 601.852.1696 / Fax: 601.852.1714

# CERTIFICATE OF SERVICE

      I hereby certify that on October 3, 2014, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record:

Rebecca Lee Wiggs
Keith W. Turner
WATKINS & EAGER PLLC
400 East Capitol Street (39201)
Post Office Box 650
Jackson, Mississippi 39205
Tel: 601.965.1900 / 601.965.1901
*rwiggs@watkinseager.com*
*kturner@watkinseager.com*

      s/ Ronnie Musgrove
      RONNIE MUSGROVE (MSB #3698)
      *Attorney for Plaintiffs, 16 Front Street LLC and C. Richard Cotton*