*UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

## NOTICE

| | |
|---|---|
| 16 FRONT STREET LLC, ET AL | PLAINTIFFS |
| VS. | CASE NO. 1:14CV183-SA-DAS |
| MISSISSIPPI SILICON, LLC | DEFENDANT |

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

**Place**
**UNITED STATES FEDERAL BUILDING**
**301 WEST COMMERCE STREET**
**ABERDEEN, MS 39730**

**Room No.**
**COURTROOM 1 - THIRD FLOOR**

**Date and Time**
**TUESDAY, DECEMBER 2, 2014 - 9:30 A.M.**

**Type of Proceeding**

**HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER [3]
BEFORE UNITED STATES DISTRICT JUDGE SHARION AYCOCK**

DAVID CREWS, Clerk of Court

BY:   /s/ Ginger Sisk
          Ginger Sisk - Courtroom Deputy

Date: November 10, 2014

To:   D. Ronald Musgrove (electronic notice only)          J. Michael Bowman (electronic notice only)
       Keith Whiteman Turner (electronic notice only)       Martin T. Booher (electronic notice only)
       Rebecca L. Wiggs (electronic notice only

**CONTACT GINGER SISK AT 662-369-2628 or ginger_sisk@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**.