**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**CIVIL MINUTES - GENERAL**

No.   1:14CV183-DMB-DAS                              Place Held: Greenville, Mississippi

Style:    16 Front Street LLC, et al. v. Mississippi Silicon, LLC, et al.

Date & Time Began:   May 8, 2015, 1:00 p.m.
Date & Time Ended:   May 8, 2015, 5:00 p.m.

TOTAL TIME: 3 Hours 42 Minutes

HONORABLE DEBRA M. BROWN, U.S. DISTRICT JUDGE, PRESIDING

Rita Thomas                                          Susan May
Courtroom Deputy                                     Official Court Reporter

FOR PLAINTIFFS:                                      FOR MISSISSIPPI SILICON, LLC
D. Ronald Musgrove                                   Keith Whiteman Turner
Deborah E. Jennings                                  Mark W. DeLaquil
                                                     Martin T. Booher
FOR GARY C. RIKARD                                   Michael J. Montgomery
Donna J. Hodges                                      Peter C. Whitfield
Lee Davis Thames, Jr.                                Rebecca L. Wiggs

Proceedings:   Hearing on motion for preliminary injunction and jurisdiction was held.

Remarks:       Order to follow.

                                                     DAVID CREWS, CLERK

                                                     By: /s/ Rita Thomas
                                                         Rita Thomas, Courtroom Deputy