# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | | |
|---|---|---|
| 16 FRONT STREET, LLC, and<br>C. RICHARD COTTON, | * | |
| Plaintiffs | * | |
| v. | * | CIVIL ACTION<br>No.1:14-cv-183-DMB-DAS |
| GARY C. RIKARD, EXECUTIVE<br>DIRECTOR, MISSISSIPPI<br>DEPARTMENT OF ENVIRONMENTAL<br>QUALITY, IN HIS OFFICIAL<br>CAPACITY and AS EXECUTIVE<br>DIRECTOR OF THE MISSISSIPPI<br>ENVIRONMENTAL QUALITY PERMIT<br>BOARD, | *<br>*<br>*<br>* | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF JOINT MOTION TO
## EXTEND STAY OF PROCEEDINGS

16 Front Street LLC and C. Richard Cotton ("Plaintiffs") and Gary C. Rikard, Executive Director, Mississippi Department of Environmental Quality and Director of the Mississippi Environmental Quality Permit Board ("Defendant") (collectively, "the Parties"), all by counsel, jointly move to extend this Court's Order Granting Motion for Stay of Proceedings (Doc. # 148) for an additional thirty (30) days until November 7, 2018, or, if the Parties jointly move for entry of a consent agreement on or before November 7, 2018, until this Court acts on such motion. The Parties also move to extend the time to respond to the motion to intervene filed by Mississippi Silicon LLC (Doc. # 138) by a corresponding interval.

1

On July 23 and July 26, 2018, counsel for the Parties met to confer regarding the Plaintiffs' claims against the Defendant pursuant to the citizen's suit authority under Section 301(a)(1) of the Clean Air Act. 42 U.S.C. § 7604(a)(1). In those conferences, the Parties agreed to seek to resolve the Plaintiffs' claims against the Defendant through good faith settlement discussions.

On July 24, 2018, in between the two conferences of the Parties, Mississippi Silicon LLC moved to intervene in the litigation (Doc. #138). The Parties agreed that the motion to intervene could be rendered moot by the discussions between the Parties, and even if not mooted, Mississippi Silicon LLC would not be prejudiced by staying response to the motion along with all other proceedings in the case.

On July 31, 2018, the Parties jointly moved to stay all proceedings in this case for sixty (60) days, and to extend the time to respond to Mississippi Silicon, LLC's motion to intervene until seven (7) days after the expiration of the stay. On August 7, 2018, this Court granted the Parties' motion for stay (Doc. # 148).

Since that time, the Parties have continued to engage in settlement discussions and are seeking to negotiate a written consent agreement to settle the pending claims against the Defendant asserted in the Amended Complaint in this case (Doc. # 69). The Parties believe that a thirty (30) day extension of the stay of proceedings until November 7, 2018 will allow for sufficient time for completion of such negotiations, and to file a motion for approval and entry of the consent agreement by this Court.

WHEREFORE, the Parties respectfully request this Court to enter a proposed order submitted by the Parties.

DATED this 4th days of October, 2018.

>Respectfully submitted,
>
>s/ Ronnie Musgrove
>Ronnie Musgrove
>MUSGROVE/SMITH LAW
>599 Highland Colony Parkway, Suite 110
>Ridgeland, Mississippi 39157
>(t): 601.852.1696 | (f): 601.852.1714
>musgrove@musgrovesmith.com
>
>John E. Griffith Jr.
>DLA Piper LLP
>6225 Smith Avenue
>Baltimore , MD  21209
>T: 410-580-4166
>F: 410-580-3166
>john.griffith@dlapiper.com
>
>Paul Wierenga
>DLA Piper LLP
>500 8th Street, NW
>Washington , DC  20004
>T: 202-799-4401
>F: 202-799-5401
>paul.wierenga@dlapiper.com
>
>*Counsel for Plaintiffs*
>
>s/ Donna J. Hodges
>Donna J. Hodges
>Mississippi Department of Environmental Quality
>515 E. Amite Street
>Jackson, MS 39201
>Post Office Box 2261
>Jackson, Mississippi 39225-2261
>T: 601-961-5369
>F: 601-961-5349
>donna_hodges@deq.state.ms.us

Lee Davis Thames, Jr.
Mississippi Attorney General's Office
Walter Sillers Building 550 High Street, Suite 1100
P.O. Box 220
Jackson , MS  39205-0220
T: 601-359-4245
F: 601-359-2003
Ltham@ago.State.Ms.Us

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

    I, Ronnie Musgrove, hereby certify that I caused the foregoing Memorandum in Support of Joint Motion to Extend Stay of Proceedings to be filed with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all parties.

Dated: October 4, 2018                         s/ Ronnie Musgrove
                                                         Ronnie Musgrove